# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| **Bennett E. Thomas, Jr.** | : Case No.: 13-18852 |
| | : Chapter 13 |
| Debtor. | : Judge Pamela S. Hollis |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("Movant") by and through counsel, and hereby withdraws its Response to Notice of Final Cure Payment which was filed in this Court on May 14, 2018.

                                          Respectfully submitted,

                                          /s/ Todd J. Ruchman
                                          Umair M. Malik (6304888)
                                          Todd J. Ruchman (6271827)
                                          Keith Levy (6279243)
                                          Sarah E. Barngrover (28840-64)
                                          Adam B. Hall (0088234)
                                          Edward H. Cahill (0088985)
                                          Manley Deas Kochalski LLC
                                          P.O. Box 165028
                                          Columbus OH  43216-5028
                                          614-220-5611; Fax: 614-627-8181
                                          Attorneys for Creditor
                                          The case attorney for this file is Umair M. Malik.
                                          Contact email is ummalik@manleydeas.com

18-014964_CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Response to Notice of Final Cure Payment was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532, mcguckin_m@lislel3.com

Marc C. Scheinbaum, Attorney for Bennett E. Thomas, Jr., Scheinbaum & West, LLC, PO Box 5009, Vernon Hills, IL 60061-5009, amerlincat@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May __18__, 2018:

Bennett E. Thomas, Jr., 116 W Washington Street, Streator, IL 61364

Bennett E. Thomas, Jr. and Rebecca Thomas, 116 Washington St, Streator, IL 61364

/s/ Todd J. Ruchman

18-014964_CJP